WESTERN DIST.
*October*, 1836.

DELINONICO
ET AL.
*vs.*
TRIZZINIE.

Where a judg- ment is render- ed for or against the wife, in which she has a separate inter- est, even when she is sued as executrix, her husband must be joined and cited in the appeal.

In suits for a cause of action relative to the wife's separate interests, both husband and wife must be made parties.

It is, therefore, ordered, adjudged and decreed, that the appeal be dismissed, with costs.

---

## DELINONICO ET AL *vs.* TRIZZINIE.

APPEAL FROM THE COURT OF THE SIXTH JUDICIAL DISTRICT, THE JUDGE OF THE SEVENTH PRESIDING.

A judgment, for even a part of the sum claimed by the plaintiff, rejects the defendant's claim when it is pleaded in compensation and reconvention.

If on an examination of the evidence, it appears no injustice has been done, judgment will be affirmed with costs.

WESTERN DIST.        This is an action for work and, labor, performed by the
October, 1836.   plaintiffs, for the defendant. They allege that they all three

DELINONICO       worked as mechanics for the defendant, between nine and
ET AL.       ten months, at the rate of one hundred dollars per month,
vs.
TRIZZINIE.       and boarded, and that their work is worth nine hundred and
sixty dollars, for which they pray judgment.

The defendant pleaded a general denial. He further
averred, that true it was he had hired the plaintiffs to work
for him, but that they had imposed upon him, by represent-
ing themselves as good workmen, when, in fact, they were
not so ; that they spoiled his work, fell sick, lived and
boarded with him for four or five months, and he paid their
medical bills. He annexes an account for advances and
payments, losses, and damages, occasioned by the plaintiffs,
which he pleads in compensation and reconvention.

· The district judge, after examining the respective accounts
of the parties, and the evidence adduced, gave judgment for
the plaintiffs, in the sum of three hundred and sixty dollars.
The defendant appealed.


*Dunbar*, for plaintiffs.


*Gayoso, contra.*


*Martin, J.*, delivered the opinion of the court.

This is an action for work and labor done at a fixed price.
A judgment, ·The defendant has pleaded the general issue, and that the
for even a part
of the sum plaintiffs, who represented themselves as good and skillful
claimed by the
plaintiff, rejects workmen, were absolutely incapable of performing the work
the defendant's they had undertaken ; that they spoiled his materials, and
claim, when it is
pleaded in com- neglected their work, whereby he has sustained considerable
pensation and
reconvention. loss, which he pleads in compensation and reconvention.

If, on an ex-       The plaintiffs established their claim to a considerable
amination of the
evidence, it ap- part of their demand, and had judgment for the sum of three
pears no injus-
tice has been hundred and sixty dollars, which rejected the defendant's
done, judgment claim, set up in his pleas, and he appealed.
will be affirmed,
with costs.       The case has been submitted to us without argument or
points filed, and a close examination of the record has

resulted in the conviction that no injustice has been done to the appellant.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with costs.